```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF DELAWARE
```

| | | |
|---|---|---|
| SHIRE LLC, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS USA, INC., et al. | : | NO. 10-329 |

## ORDER

AND NOW, this 13th day of May, 2011, upon consideration of the motions for admission of counsel pro hac vice (docket entries #98 and #105), and the attorneys each having paid the requisite fee, pursuant to Local Rule of Civil Procedure 83.5(c), it is hereby ORDERED that:

    1.    The motions are GRANTED; and

    2.    Rami Bardenstein, Esq., and Richard F. Kurz, Esq., may PRACTICE in this Court on this case.

                                                BY THE COURT:

                                                /s/ Stewart Dalzell, J.