# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LLC, <br> SUPERNUS PHARMACEUTICALS, INC., <br> AMY F.T. ARNSTEN, PH.D., <br> PASKO RAKIC M.D., and <br> ROBERT D. HUNT M.D., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br> TEVA PHARMACEUTICAL INDUSTRIES, LTD., <br> ACTAVIS ELIZABETH LLC, <br> ACTAVIS INC., <br> ANCHEN PHARMACEUTICALS, INC., and <br> ANCHEN INC., <br><br> Defendants. | Civil Action No. 1:10-CV-00329-SD <br><br> (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of PLAINTIFFS' RESPONSES AND OBJECTIONS TO TEVA PHARMACEUTICALS USA, INC.'S AND TEVA PHARMACEUTICAL INDUSTRIES, LTD.'S FIRST INTERROGATORY TO PLAINTIFFS (NO. 1) was caused to be served on June 9, 2011 upon the following counsel in the manner indicated:

| *Via Electronic Mail* | *Via Electronic Mail* |
|---|---|
| Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> **POTTER ANDERSON & CORROON LLP** <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Attorneys for Defendants* <br> *Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.* | Bruce M. Gagala <br> Peter H. Domer <br> Ashlee B. Szelag <br> **LEYDIG, VOIT & MAYER, LTD** <br> Two Prudential Plaza, Suite 4900 <br> Chicago, Illinois 60601 <br> bgagala@leydig.com <br> pdomer@leydig.com <br> aszelag@leydig.com <br><br> *Attorneys for Defendants* <br> *Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.* |

Dated: June 9, 2011

*Of Counsel*

Edgar H. Haug
Sandra Kuzmich, Ph.D.
Angus Chen, Ph.D.
Bryan Braunel
Rami Bardenstein
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Respectfully submitted,

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Jeffrey L. Eichen (#5331)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19801
Tel: (302) 658-9141
Fax: (302) 658-5614
fdigiovanni@cblh.com
jeichen@cblh.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on June 9, 2011, I served a true and correct copy of **NOTICE OF SERVICE** on the counsel of record listed below in the manner indicated:

*Via Electronic Mail*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

*Via Electronic Mail*

Bruce M. Gagala
Peter H. Domer
Ashlee B. Szelag
**LEYDIG, VOIT & MAYER, LTD**
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
bgagala@leydig.com
pdomer@leydig.com
aszelag@leydig.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

          */s/ Francis DiGiovanni*
          Francis DiGiovanni (#3189)

4350726