## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LLC, <br> SUPERNUS PHARMACEUTICALS, INC., <br> AMY F.T. ARNSTEN, PH.D., <br> PASKO RAKIC M.D., and <br> ROBERT D. HUNT M.D., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br> TEVA PHARMACEUTICAL INDUSTRIES, LTD., <br> ACTAVIS ELIZABETH LLC, <br> ACTAVIS INC., <br> ANCHEN PHARMACEUTICALS, INC., and <br> ANCHEN INC., <br><br> Defendants. | Civil Action No. 1:10-CV-00329-GMS <br><br> (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of PLAINTIFFS' RESPONSES AND OBJECTIONS TO TEVA PHARMACEUTICALS USA, INC.'S AND TEVA PHARMACEUTICAL INDUSTRIES, LTD.'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFFS (NOS. 1-35) was caused to be served on June 13, 2011 upon the following counsel in the manner indicated:

<table>
<tr><td>

*Via Electronic Mail*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva*
*Pharmaceutical Industries Ltd.*

</td><td>

*Via Electronic Mail*

Bruce M. Gagala
Peter H. Domer
**LEYDIG, VOIT & MAYER, LTD**
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
bgagala@leydig.com
pdomer@leydig.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva*
*Pharmaceutical Industries Ltd.*

</td></tr>
</table>

Dated: June 13, 2011                                   Respectfully submitted,

*Of Counsel*                                           /s/ Francis DiGiovanni
                                                       Francis DiGiovanni (#3189)
Edgar H. Haug                                          Jeffrey L. Eichen (#5331)
Sandra Kuzmich, Ph.D.                                  Connolly Bove Lodge & Hutz LLP
Angus Chen, Ph.D.                                      The Nemours Building
Bryan Braunel                                          1007 North Orange Street
Rami Bardenstein                                       P.O. Box 2207
Frommer Lawrence & Haug LLP                            Wilmington, Delaware 19801
745 Fifth Avenue                                       Tel:  (302) 658-9141
New York, NY 10151                                     Fax:  (302) 658-5614
(212) 588-0800                                         fdigiovanni@cblh.com
                                                       jeichen@cblh.com

                                                       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on June 13, 2011, I served a true and correct copy of **NOTICE OF SERVICE** on the counsel of record listed below in the manner indicated:

<u>*Via Electronic Mail*</u>

Richard L. Horwitz (#2246)
David E. Moore (#3983)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

<u>*Via Electronic Mail*</u>

Bruce M. Gagala
Peter H. Domer
**LEYDIG, VOIT & MAYER, LTD**
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
bgagala@leydig.com
pdomer@leydig.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

                                */s/ Francis DiGiovanni*
                                Francis DiGiovanni (#3189)

4355212