IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D. and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> V. <br><br> TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., ACTAVIS ELIZABETH LLC, ACTAVIS, INC., ANCHEN PHARMACEUTICALS, INC., and ANCHEN INC., <br><br> Defendants. | C.A. No. 10-CV-329 GMS <br> (Consolidated) |

## ORDER APPOINTING SPECIAL MASTER

WHEREAS, the Court concludes that the appointment of a Special Master is warranted in the above-captioned case to manage discovery;

NOW THEREFORE, this 1st day of July, 2011, it is HEREBY ORDERED that:

The Honorable **Louis C. Bechtle** is appointed as Special Master.

The Special Master will, after consulting with the parties, establish procedures for the handling of discovery disputes. He will have the duty and authority to require the submission of reports, call conferences, and hold hearings in order to determine the status of issues relating to discovery and to issue orders requiring the parties to adhere to case management dates set by the Court. He will hear, resolve and make rulings on all disputes regarding discovery and, when appropriate, enter orders setting forth his rulings.

Except as otherwise ordered by the Special Master, the filing, service and hearing

of discovery related motions will be governed by Case Management and Standing Orders and the Rules of this Court.

The Special Master will hear matters promptly and at such times as may be convenient, at the discretion of the Special Master. All hearings and conferences before the Special Master will be held in this District's Courthouse or at an appropriate other place arranged by the parties, with the approval of the Special Master. The party presenting a motion will arrange for a court reporter at the hearing and provide a copy of the transcript to the Special Master thereafter. The parties will equally bear the costs of the court reporter and transcript provided to the Special Master.

The Special Master will preserve all materials he receives or prepares in connection with any dispute regarding discovery. He will not be required to file any such materials with the Court, unless directed to do so by the Court, except that he will file any orders entered setting forth his rulings and any opinions prepared supporting his rulings.

The Special Master will not communicate ex parte with a party without a consent of all of the parties. The Special master may communicate ex parte with the Court.

The Special Master may have access to trade secrets, proprietary information or other confidential information in this action including, but not limited to, information which may be subject to a protective order. He and other persons assisting the Special Master will preserve and protect the confidentiality of all such information and, if required to file any orders, findings, opinions or materials that contain or make reference to any such information (including, but not limited to, information designated "Confidential," "For Attorneys Eyes Only" and/or "Sensitive Superconfidential"), he will file the same under seal.

The Special master's rulings will be subject to review by the Court, consistent with Rule 53(g)(3)-(5).

The Special master will be compensated for his services at his usual hourly rate. Others assisting the Special Master will be compensated at their usual hourly rates. The Special Master will send statements for services and expenses directly to counsel for the parties on a monthly basis, and will receive payment directly from counsel for the parties in a timely fashion. The compensation and expenses of the Special Master will, unless otherwise ordered by the Special Master, be shared equally be the parties. In this regard, if in the Special Master's opinion, a party engages in behavior which occasions the waste of the Special Master's time and resources, or otherwise hinders the efficient resolution of matters before the Special Master, that party may be apportioned all or a larger portion of the Special Master's compensation, costs and expenses. Any objections or disputes as to matters of the Special Master's compensation and/or expenses will be presented to the Court in a timely application.

_____
CHIEF, UNITED STATES DISTRICT JUDGE