UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D. and ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., ACTAVIS ELIZABETH LLC, ACTAVIS, INC., ANCHEN PHARMACEUTICALS, INC., and ANCHEN INC.,<br><br>Defendants. | Consol. C.A. No. 1:10-cv-00329-GMS |

**NOTICE OF DEPOSITION OF AMY F.T. ARNSTEN, PH.D.**

PLEASE TAKE NOTICE that pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, defendants Actavis Elizabeth LLC and Actavis, Inc. (collectively "Actavis") will take the deposition of Amy F.T. Arnsten, Ph.D. The deposition will commence at 9:00 a.m. on Tuesday, August 16, 2011, at the offices of AXINN, VELTROP & HARKRIDER LLP, 90 State House Square, 9th Floor, Hartford, CT 06103, or at a date and location mutually agreed by counsel for the parties or ordered by the Court.

PLEASE TAKE FURTHER NOTICE THAT the deposition will be taken upon oral examination before a duly authorized notary public or other officer authorized to administer oaths at deposition, will be recorded by stenographic and/or videographic means, and will continue from day to day until completed, Saturdays, Sundays, and legal holidays excepted.

PROCTOR HEYMAN LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
(302) 472-7300

Attorney for Actavis Elizabeth LLC
and Actavis, Inc.

OF COUNSEL:

AXINN, VELTROP & HARKRIDER LLP
Thomas G. Rohback
tgr@avhlaw.com
Matthew J. Becker
mjb@avhlaw.com
Chad A. Landmon
cal@avhlaw.com
Tara R. Rahemba
trr@avhlaw.com
90 State House Square, 9th Floor
Hartford, CT 06103-3704
(860) 275-8100

AXINN, VELTROP & HARKRIDER LLP
Josephine Liu
jl@avhlaw.com
114 West 47th Street
New York, NY 10036
(212) 728-2200

Dated: July 14, 2011