IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LLC,<br>SUPERNUS PHARMACEUTICALS, INC.,<br>AMY F.T. ARNSTEN, PH.D.,<br>PASKO RAKIC M.D., and<br>ROBERT D. HUNT M.D.,<br><br>    Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>TEVA PHARMACEUTICAL INDUSTRIES, LTD.,<br>ACTAVIS ELIZABETH LLC,<br>ACTAVIS INC.,<br>ANCHEN PHARMACEUTICALS, INC., and<br>ANCHEN INC.<br><br>    Defendants. | Civil Action No. 1:10-CV-00329-GMS<br><br>(Consolidated) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Elizabeth Weiskopf of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, NY 10151 to represent plaintiffs in this matter.

| *Of Counsel*<br><br>Edgar H. Haug<br>Sandra Kuzmich, Ph.D.<br>Angus Chen, Ph.D.<br>Bryan Braunel<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>(212) 588-0800<br><br>Dated: July 21, 2011 | /s/ *Francis DiGiovanni*<br>Francis DiGiovanni (#3189)<br>Jeffrey L. Eichen (#5331)<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19801<br>Tel: (302) 658-9141<br>Fax: (302) 658-5614<br>fdigiovanni@cblh.com<br>jeichen@cblh.com<br><br>*Attorneys for Plaintiffs* |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Elizabeth Weiskopf is granted.

Dated: July __, 2011                              _____
                                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the Southern District of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: July 20, 2011

*Elizabeth Weiskopf*
Elizabeth Weiskopf
Frommer Lawrence & Haug LLP
745 Fifth Avenue,
New York, NY 10151
(212) 588-0800

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on July 21, 2011, I served a true and correct copy of **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** on the counsel of record listed below in the manner indicated:

*Via Electronic Mail*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

*Via Electronic Mail*

Bruce M. Gagala
Peter H. Domer
Ashlee B. Szelag
**LEYDIG, VOIT & MAYER, LTD**
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
bgagala@leydig.com
pdomer@leydig.com
aszelag@leydig.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

*Via Electronic Mail*

John C. Phillips, Jr.
Megan C. Haney
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE 19806
JCP@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen Inc.*

*Via Electronic Mail*

W. Gordon Dobie
Lindsay M. Beyer
Lynn M. Ulrich
Maureen L. Rurka
Julia M. Johnson
Keith R. Pozulp
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, Illinois 60601-9703
wdobie@winston.com
LBeyer@winston.com
lulrich@winston.com
mrurka@winston.com
jmjohnson@winston.com
kpozulp@winston.com

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen Inc.*

<div style="column-count:2">

*Via Electronic Mail*

Dominick T. Gattuso
**PROCTOR HEYMAN LLP**
1116 N. West Street
Wilmington, DE 19801
dgattuso@proctorheyman.net

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis, Inc.*

*Via Electronic Mail*

Matthew J. Becker
Chad A. Landmon
Tara R. Rahemba
Thomas G. Rohback
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
mjb@avhlaw.com
cal@avhlaw.com
trr@avhlaw.com
tgr@avhlaw.com

Michael P. Hogan
Josephine Liu
**AXINN, VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
mph@avhlaw.com
jl@avhlaw.com

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis, Inc.*

</div>

4401717v1

          /s/ Francis DiGiovanni
          Francis DiGiovanni (#3189)