IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LLC, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No.: 10-329-SD |
| | ) (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 29, 2011, copies of (1) Actavis and Anchen's Third Joint Set of Requests to Plaintiffs for the Production of Documents and Things (Nos. 44-50); and (2) Actavis and Anchen's Second Set of Joint Interrogatories to Plaintiffs (Nos. 10-14) were served upon the following counsel in the manner indicated:

VIA E-MAIL AND HAND DELIVERY
Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
fdigiovanni@cblh.com
snash@cblh.com

VIA E-MAIL
Edgar H. Haug
Sandra Kuzmich, Ph.D.
Angus Chen, Ph.D.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
haug@flhlaw.com
skuzmich@flhlaw.com
achen@flhlaw.com

VIA E-MAIL AND HAND DELIVERY
Richard L. Horwitz
David E. Moore
Eric B. Fugett
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potterhanderson.com
efugett@potteranderson.com

VIA E-MAIL
Bruce M. Gagala
Peter H. Domer
Ashlee B. Szelag
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
Suite 4900
Chicago, IL 60601-6780
bgagala@leydig.com
pdomer@leydig.com
aszelag@leydig.com

<u>VIA E-MAIL AND HAND DELIVERY</u>
Dominick T. Gattuso
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
<u>dgattuso@proctorheyman.net</u>

<u>VIA E-MAIL</u>
Matthew J. Becker
Josephine Liu
Chad A. Landman
Thomas G. Rohback
Axinn Veltrop Harkrider LLP
90 State House Square
9th Floor
Hartford, CT 06103
<u>mjb@avhlaw.com</u>
<u>jl@avhlaw.com</u>
<u>cal@avhlaw.com</u>
<u>tgr@avhlaw.com</u>

PHILLIPS, GOLDMAN & SPENCE, P.A.

<u>/s/ John C. Phillips, Jr.</u>
John C. Phillips, Jr., Esquire (#110)
Megan C. Haney, Esquire (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
Attorneys for Defendants

DATE: July 29, 2011