IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LLC, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 10-329-SD |
| ) | (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 29, 2011, a copy of Anchen Pharmaceuticals, Inc. and Anchen, Inc.'s Second Set of Interrogatories to Plaintiffs (No. 2) was served upon the following counsel in the manner indicated:

VIA E-MAIL AND HAND DELIVERY
Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
fdigiovanni@cblh.com
snash@cblh.com

VIA E-MAIL
Edgar H. Haug
Sandra Kuzmich, Ph.D.
Angus Chen, Ph.D.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
haug@flhlaw.com
skuzmich@flhlaw.com
achen@flhlaw.com

VIA E-MAIL AND HAND DELIVERY
Richard L. Horwitz
David E. Moore
Eric B. Fugett
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potterhanderson.com
efugett@potteranderson.com

VIA E-MAIL
Bruce M. Gagala
Peter H. Domer
Ashlee B. Szelag
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
Suite 4900
Chicago, IL 60601-6780
bgagala@leydig.com
pdomer@leydig.com
aszelag@leydig.com

VIA E-MAIL AND HAND DELIVERY
Dominick T. Gattuso

VIA E-MAIL
Matthew J. Becker

Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
dgattuso@proctorheyman.net

Josephine Liu
Chad A. Landman
Thomas G. Rohback
Axinn Veltrop Harkrider LLP
90 State House Square
9th Floor
Hartford, CT 06103
mjb@avhlaw.com
jl@avhlaw.com
cal@avhlaw.com
tgr@avhlaw.com

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr., Esquire (#110)
Megan C. Haney, Esquire (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
Attorneys for Defendants

DATE: July 29, 2011