IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LLC, <br> SUPERNUS PHARMACEUTICALS, <br> INC., AMY F.T. ARNSTEN, PH.D., <br> PASKO RAKIC, M.D., AND <br> ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS ELIZABETH LLC AND <br> ACTAVIS INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Consol. C.A. No. 1:10-cv-00329-GMS <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF DEPOSITION OF RONG-KUN CHANG, PH.D.**

PLEASE TAKE NOTICE that pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, defendants Actavis Elizabeth LLC and Actavis, Inc. (collectively "Actavis") will take the deposition of Rong-Kun Chang, Ph.D. The deposition will commence at 9:00 a.m. on Tuesday, August 23, 2011, at the offices of AXINN, VELTROP & HARKRIDER LLP, 114 West 47th Street, New York, NY 10036, or at a date and location mutually agreed by counsel for the parties or ordered by the Court.

PLEASE TAKE FURTHER NOTICE THAT the deposition will be taken upon oral examination before a duly authorized notary public or other officer authorized to administer oaths at deposition, will be recorded by stenographic and/or videographic means, and will continue from day to day until completed, Saturdays, Sundays, and legal holidays excepted.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorney for Actavis Elizabeth LLC
and Actavis, Inc.

OF COUNSEL:

AXINN, VELTROP & HARKRIDER LLP
Thomas G. Rohback
E-mail: tgr@avhlaw.com
Matthew J. Becker
E-mail: mjb@avhlaw.com
Chad A. Landmon
E-mail: cal@avhlaw.com
Tara R. Rahemba
E-mail: trr@avhlaw.com
90 State House Square, 9th Floor
Hartford, CT 06103-3704
(860) 275-8100

AXINN, VELTROP & HARKRIDER LLP
Josephine Liu
E-mail: jl@avhlaw.com
114 West 47th Street
New York, NY 10036
(212) 728-2200

Dated: August 1, 2011