# PROCTOR HEYMAN LLP

ATTORNEYS AT LAW

300 DELAWARE AVENUE • SUITE 200 • WILMINGTON, DELAWARE 19801
TEL: 302.472.7300 • FAX: 302.472.7320 • WWW.PROCTORHEYMAN.COM

Direct Dial: (302) 472-7311
E-mail: dgattuso@proctorheyman.com

August 2, 2011

**VIA E-FILING**

The Honorable Gregory M. Sleet
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Unit 19
Wilmington, DE 19801-3569

Re: *Shire LLC et al. v. Actavis Elizabeth LLC et al.*,
C.A. No. 1:10-cv-00329-GMS (Consolidated)

Dear Judge Sleet:

This letter is being submitted on behalf of all defendants. As the Court may be aware, Judge Bechtle recused himself from being appointed as Special Master in this case. The defendants respectfully request the appointment of a substitute special master. Counsel for plaintiffs does not join in this request. Since the parties' conference with the Court on June 13, 2011, the parties have endeavored to resolve certain discovery disputes. Despite the parties' ongoing efforts, one or more of these disputes may require the involvement of a special master in the near future.

The defendants therefore respectfully request that the Court appoint a special master at the Court's earliest convenience so that the parties may move fact discovery forward.

Respectfully,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

cc: Counsel of Record (via email)