**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHIRE LLC, <br> SUPERNUS PHARMACEUTICALS, INC., <br> AMY F.T. ARNSTEN, PH.D., <br> PASKO RAKIC, M.D. and <br> ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br> TEVA PHARMACEUTICAL INDUSTRIES, <br> LTD., ACTAVIS ELIZABETH LLC, ACTAVIS, <br> INC., ANCHEN PHARMACEUTICALS, INC., <br> and ANCHEN, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:10-cv-00329-GMS <br> ) (Consolidated) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of (1) PLAINTIFFS' FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO TEVA PHARMACEUTICALS USA, INC. (90-93); (2) PLAINTIFFS' FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO TEVA PHARMACEUTICAL INDUSTRIES, LTD. (90-93); (3) PLAINTIFFS' FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO ACTAVIS ELIZABETH LLC (90-93); (4) PLAINTIFFS' FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO ACTAVIS INC. (90-93); (5) PLAINTIFFS' FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO ANCHEN PHARMACEUTICALS, INC. (90-93); (6) PLAINTIFFS' FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO ANCHEN, INC. (90-93); (7) PLAINTIFFS' SECOND SET OF INTERROGATORIES TO ACTAVIS ELIZABETH LLC AND ACTAVIS, INC. (No. 5);

and (8) PLAINTIFFS' SECOND SET OF INTERROGATORIES TO ANCHEN PHARMACEUTICALS, INC. AND ANCHEN, INC. (No. 5) were served today upon the following counsel in the manner indicated:

| *Via Electronic Mail* | *Via Electronic Mail* |
|---|---|
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.* | Bruce M. Gagala<br>Peter H. Domer<br>**LEYDIG, VOIT & MAYER, LTD**<br>Two Prudential Plaza, Suite 4900<br>Chicago, Illinois 60601<br>bgagala@leydig.com<br>pdomer@leydig.com<br><br>*Attorneys for Defendants*<br>*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.* |
| *Via Electronic Mail* | *Via Electronic Mail* |
| John C. Phillips, Jr.<br>Megan C. Haney<br>**PHILLIPS, GOLDMAN & SPENCE, P.A.**<br>1200 North Broom Street<br>Wilmington, DE 19806<br>JCP@pgslaw.com<br>Mch@pgslaw.com<br><br>*Attorneys for Defendants*<br>*Anchen Pharmaceuticals, Inc. and Anchen, Inc.* | W. Gordon Dobie<br>Lindsay M. Beyer<br>Lynn M. Ulrich<br>Maureen L. Rurka<br>Julia M. Johnson<br>**WINSTON & STRAWN LLP**<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703<br>wdobie@winston.com<br>LBeyer@winston.com<br>lulrich@winston.com<br>mrurka@winston.com<br>jmjohnson@winston.com<br><br>*Attorneys for Defendants*<br>*Anchen Pharmaceuticals, Inc. and Anchen, Inc.* |

<table>
<tr><td>

*Via Electronic Mail*

Dominick T. Gattuso
**PROCTOR HEYMAN LLP**
1116 N. West Street
Wilmington, DE 19801
dgattuso@proctorheyman.net

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis, Inc.*

</td><td>

*Via Electronic Mail*

Matthew J. Becker
Chad A. Landmon
Tara R. Rahemba
Thomas G. Rohback
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
mjb@avhlaw.com
cal@avhlaw.com
trr@avhlaw.com
tgr@avhlaw.com

Michael P. Hogan
**AXINN, VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
mph@avhlaw.com

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis, Inc.*

</td></tr>
</table>

| | |
|---|---|
| Dated: August 30, 2011 | Respectfully submitted, |
| *Of Counsel* | /s/ Francis DiGiovanni |
| | Francis DiGiovanni (#3189) |
| Edgar H. Haug | Jeffrey L. Eichen (#5331) |
| Sandra Kuzmich, Ph.D. | Connolly Bove Lodge & Hutz LLP |
| Bryan Braunel | The Nemours Building |
| Rami Bardenstein | 1007 North Orange Street |
| Elizabeth Weiskopf | P.O. Box 2207 |
| Richard Kurtz | Wilmington, Delaware 19801 |
| Frommer Lawrence & Haug LLP | Tel: (302) 658-9141 |
| 745 Fifth Avenue | Fax: (302) 658-5614 |
| New York, NY 10151 | fdigiovanni@cblh.com |
| (212) 588-0800 | jeichen@cblh.com |
| | *Attorneys for Plaintiffs* |

4451855v1

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on August 30, 2011, I served a true and correct copy of **NOTICE OF SERVICE** on the counsel of record listed below in the manner indicated:

*Via Electronic Mail*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

*Via Electronic Mail*

Bruce M. Gagala
Peter H. Domer
**LEYDIG, VOIT & MAYER, LTD**
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
bgagala@leydig.com
pdomer@leydig.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

*Via Electronic Mail*

John C. Phillips, Jr.
Megan C. Haney
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE 19806
JCP@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen Inc.*

*Via Electronic Mail*

W. Gordon Dobie
Lindsay M. Beyer
Lynn M. Ulrich
Maureen L. Rurka
Julia M. Johnson
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, Illinois 60601-9703
wdobie@winston.com
LBeyer@winston.com
lulrich@winston.com
mrurka@winston.com
jmjohnson@winston.com

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen Inc.*

<u>*Via Electronic Mail*</u>

Dominick T. Gattuso
**PROCTOR HEYMAN LLP**
1116 N. West Street
Wilmington, DE 19801
dgattuso@proctorheyman.net

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis Inc.*

<u>*Via Electronic Mail*</u>

Matthew J. Becker
Chad A. Landmon
Tara R. Rahemba
Thomas G. Rohback
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
mjb@avhlaw.com
cal@avhlaw.com
trr@avhlaw.com
tgr@avhlaw.com

Michael P. Hogan
**AXINN, VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
mph@avhlaw.com

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis Inc.*

　　　　　　　　　　　*/s/ Francis DiGiovanni*
　　　　　　　　　　　Francis DiGiovanni (#3189)