## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LLC, | ) |
| SUPERNUS PHARMACEUTICALS, INC., | ) |
| AMY F.T. ARNSTEN, PH.D., | ) |
| PASKO RAKIC, M.D. and | ) |
| ROBERT D. HUNT, M.D., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 1:10-cv-00329-GMS |
| | ) (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| TEVA PHARMACEUTICAL INDUSTRIES, | ) |
| LTD., ACTAVIS ELIZABETH LLC, ACTAVIS, | ) |
| INC., ANCHEN PHARMACEUTICALS, INC., | ) |
| and ANCHEN, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Responses and

Objections to Actavis and Anchen's Third Joint Set of Requests to Plaintiffs for the Production

of Documents and Things (No. 44-50) and Plaintiffs' Responses and Objections to Actavis and

Anchen's Second Set of Joint Interrogatories to Plaintiffs (Nos. 10-14) were served today upon

the following counsel in the manner indicated:


*Via Electronic Mail*

John C. Phillips, Jr.
Megan C. Haney
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE 19806
JCP@pgslaw.com
Mch@pgslaw.com

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen, Inc.*

*Via Electronic Mail*

W. Gordon Dobie
Lindsay M. Beyer
Lynn M. Ulrich
Maureen L. Rurka
Julia M. Johnson
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, Illinois 60601-9703
wdobie@winston.com
LBeyer@winston.com
lulrich@winston.com
mrurka@winston.com

jmjohnson@winston.com

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen,*
*Inc.*

<table>
<tr>
<td>

*<u>Via Electronic Mail</u>*

Dominick T. Gattuso
**PROCTOR HEYMAN LLP**
1116 N. West Street
Wilmington, DE 19801
dgattuso@proctorheyman.net

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis, Inc.*

</td>
<td>

*<u>Via Electronic Mail</u>*

Matthew J. Becker
Chad A. Landmon
Tara R. Rahemba
Thomas G. Rohback
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
mjb@avhlaw.com
cal@avhlaw.com
trr@avhlaw.com
tgr@avhlaw.com

Michael P. Hogan
**AXINN, VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
mph@avhlaw.com

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis, Inc.*

</td>
</tr>
</table>

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Responses and

Objections to Anchen's Second Set of Interrogatories to Plaintiffs (No. 2) were also served today

upon the following counsel in the manner indicated:

<table>
<tr>
<td>

*<u>Via Electronic Mail</u>*

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

</td>
<td>

*<u>Via Electronic Mail</u>*

W. Gordon Dobie
Lindsay M. Beyer
Lynn M. Ulrich
Maureen L. Rurka
Julia M. Johnson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
wdobie@winston.com

</td>
</tr>
</table>

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen Inc.*

LBeyer@winston.com
lulrich@winston.com
mrurka@winston.com
jmjohnson@winston.com

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen Inc.*

Dated:  September 1, 2011

Respectfully submitted,

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Jeffrey L. Eichen (#5331)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19801
Tel:  (302) 658-9141
Fax:  (302) 658-5614
fdigiovanni@cblh.com
jeichen@cblh.com

*Of Counsel:*

Edgar H. Haug
Sandra Kuzmich, Ph.D.
Bryan Braunel
Rami Bardenstein
Elizabeth Weiskopf
Richard Kurtz
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

*Attorneys for Plaintiffs*

4460662_1

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on September 1, 2011, I served a true and

correct copy of the foregoing **NOTICE OF SERVICE** on the counsel of record listed below in

the manner indicated:

*Via Electronic Mail*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

*Via Electronic Mail*

Bruce M. Gagala
Peter H. Domer
**LEYDIG, VOIT & MAYER, LTD**
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
bgagala@leydig.com
pdomer@leydig.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

*Via Electronic Mail*

John C. Phillips, Jr.
Megan C. Haney
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE 19806
JCP@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen Inc.*

*Via Electronic Mail*

W. Gordon Dobie
Lindsay M. Beyer
Lynn M. Ulrich
Maureen L. Rurka
Julia M. Johnson
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, Illinois 60601-9703
wdobie@winston.com
LBeyer@winston.com
lulrich@winston.com
mrurka@winston.com
jmjohnson@winston.com

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen Inc.*

*Via Electronic Mail*

Dominick T. Gattuso
**PROCTOR HEYMAN LLP**
1116 N. West Street
Wilmington, DE 19801
dgattuso@proctorheyman.net

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis Inc.*

*Via Electronic Mail*

Matthew J. Becker
Chad A. Landmon
Tara R. Rahemba
Thomas G. Rohback
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
mjb@avhlaw.com
cal@avhlaw.com
trr@avhlaw.com
tgr@avhlaw.com

Michael P. Hogan
**AXINN, VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
mph@avhlaw.com

*Attorneys for Defendants*
*Actavis Elizabeth LLC and Actavis Inc.*


*/s/ Francis DiGiovanni*
 Francis DiGiovanni (#3189)

2