## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LLC,<br>SUPERNUS PHARMACEUTICALS, INC.,<br>AMY F.T. ARNSTEN, PH.D.,<br>PASKO RAKIC, M.D. and<br>ROBERT D. HUNT, M.D.,<br><br>     Plaintiffs,<br><br>   v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>TEVA PHARMACEUTICAL INDUSTRIES,<br>LTD., ACTAVIS ELIZABETH LLC, ACTAVIS,<br>INC., ANCHEN PHARMACEUTICALS, INC.,<br>and ANCHEN, INC.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:10-cv-00329-GMS<br>)     (Consolidated)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of Plaintiffs' Fifth Set of Requests for Production of Documents and Things to Anchen Pharmaceuticals, Inc. and Anchen Inc. (94) was served today upon the following counsel in the manner indicated:

*Via Electronic Mail*

John C. Phillips, Jr.
Megan C. Haney
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE 19806
JCP@pgslaw.com
Mch@pgslaw.com

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen, Inc.*

*Via Electronic Mail*

W. Gordon Dobie
Lindsay M. Beyer
Lynn M. Ulrich
Maureen L. Rurka
Julia M. Johnson
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, Illinois 60601-9703
wdobie@winston.com
LBeyer@winston.com
lulrich@winston.com
mrurka@winston.com
jmjohnson@winston.com

*Attorneys for Defendants*
*Anchen Pharmaceuticals, Inc. and Anchen, Inc.*

Dated:  September 2, 2011                    Respectfully submitted,

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Jeffrey L. Eichen (#5331)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
*Of Counsel:*                                1007 North Orange Street
P.O. Box 2207
Edgar H. Haug                                Wilmington, Delaware 19801
Sandra Kuzmich, Ph.D.                        Tel:  (302) 658-9141
Bryan Braunel                                Fax:  (302) 658-5614
Rami Bardenstein                             fdigiovanni@cblh.com
Elizabeth Weiskopf                           jeichen@cblh.com
Richard Kurtz
Frommer Lawrence & Haug LLP                  *Attorneys for Plaintiffs*
745 Fifth Avenue
New York, NY 10151
(212) 588-0800


4462254v1

2

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on September 2, 2011, I served a true and correct copy of the foregoing **NOTICE OF SERVICE** on the counsel of record listed below in the manner indicated:

*Via Electronic Mail*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants
Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

*Via Electronic Mail*

Bruce M. Gagala
Peter H. Domer
**LEYDIG, VOIT & MAYER, LTD**
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
bgagala@leydig.com
pdomer@leydig.com

*Attorneys for Defendants
Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

*Via Electronic Mail*

John C. Phillips, Jr.
Megan C. Haney
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE 19806
JCP@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendants
Anchen Pharmaceuticals, Inc. and Anchen Inc.*

*Via Electronic Mail*

W. Gordon Dobie
Lindsay M. Beyer
Lynn M. Ulrich
Maureen L. Rurka
Julia M. Johnson
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, Illinois 60601-9703
wdobie@winston.com
LBeyer@winston.com
lulrich@winston.com
mrurka@winston.com
jmjohnson@winston.com

*Attorneys for Defendants
Anchen Pharmaceuticals, Inc. and Anchen Inc.*

| | |
|---|---|
| *Via Electronic Mail* | *Via Electronic Mail* |
| Dominick T. Gattuso | Matthew J. Becker |
| **PROCTOR HEYMAN LLP** | Chad A. Landmon |
| 1116 N. West Street | Tara R. Rahemba |
| Wilmington, DE 19801 | Thomas G. Rohback |
| dgattuso@proctorheyman.net | **AXINN, VELTROP & HARKRIDER LLP** |
| | 90 State House Square |
| *Attorneys for Defendants* | Hartford, CT 06103 |
| *Actavis Elizabeth LLC and Actavis Inc.* | mjb@avhlaw.com |
| | cal@avhlaw.com |
| | trr@avhlaw.com |
| | tgr@avhlaw.com |
| | |
| | Michael P. Hogan |
| | **AXINN, VELTROP & HARKRIDER LLP** |
| | 114 West 47th Street |
| | New York, NY 10036 |
| | mph@avhlaw.com |
| | |
| | *Attorneys for Defendants* |
| | *Actavis Elizabeth LLC and Actavis Inc.* |

    */s/ Francis DiGiovanni*
    Francis DiGiovanni (#3189)

2