IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHIRE LLC,                          :
SUPERNUS PHARMACEUTICALS,           :
  INC., AMY F.T. ARNSTEN, PH.D.,    :
PASKO RAKIC, M.D., AND              :
ROBERT D. HUNT, M.D.,               :
                                    :     Consol. C.A. No. 1:10-cv-00329-GMS
                                    :
          Plaintiffs,               :
                                    :
     v.                             :
                                    :
ACTAVIS ELIZABETH LLC AND           :
ACTAVIS INC.,                       :
                                    :
          Defendants.               :

### NOTICE OF DEPOSITION OF RONG-KUN CHANG, PH.D.

PLEASE TAKE NOTICE that pursuant to Rule 30(b) of the Federal Rules of

Civil Procedure, defendants Actavis Elizabeth LLC and Actavis, Inc. (collectively "Actavis")

will take the deposition of Rong-Kun Chang, Ph.D.  The deposition will commence at 9:00 a.m.

on Monday, October 17, 2011, at the offices of AXINN, VELTROP & HARKRIDER LLP,

114 West 47th Street, New York, NY 10036, or at a date and location mutually agreed by counsel

for the parties or ordered by the Court.

PLEASE TAKE FURTHER NOTICE THAT the deposition will be taken upon

oral examination before a duly authorized notary public or other officer authorized to administer

oaths at deposition, will be recorded by stenographic and/or videographic means, and will

continue from day to day until completed, Saturdays, Sundays, and legal holidays excepted.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorney for Actavis Elizabeth LLC
and Actavis, Inc.

OF COUNSEL:

AXINN, VELTROP & HARKRIDER LLP
Matthew J. Becker
E-mail: mjb@avhlaw.com
Chad A. Landmon
E-mail: cal@avhlaw.com
Tara R. Rahemba
E-mail: trr@avhlaw.com
90 State House Square, 9th Floor
Hartford, CT 06103-3704
(860) 275-8100

AXINN, VELTROP & HARKRIDER LLP
Josephine Liu
E-mail: jl@avhlaw.com
114 West 47th Street
New York, NY 10036
(212) 728-2200

Dated: September 30, 2011