**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D. and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., ACTAVIS ELIZABETH LLC, ACTAVIS INC., ANCHEN PHARMACEUTICALS INC., AND ANCHEN INC., <br><br> Defendants. | C.A. No. 10-329-SD <br> (Consolidated) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on October 3, 2011 upon the following attorneys of record at the following addresses as indicated:

      TEVA PHARMACEUTICALS USA, INC.'S RESPONSES TO
      PLAINTIFFS' FOURTH SET OF REQUESTS FOR THE
      PRODUCTION OF DOCUMENTS AND THINGS (NOS. 90-93)

      TEVA PHARMACEUTICAL INDUSTRIES, LTD.'S RESPONSES TO
      PLAINTIFFS' FOURTH SET OF REQUESTS FOR THE
      PRODUCTION OF DOCUMENTS AND THINGS (NOS. 90-93)

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Francis DiGiovanni<br>Jeffrey L. Eichen<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>fdigiovanni@cblh.com<br>jeichen@cblh.com<br>*Attorneys for Plaintiffs* | Edgar H. Haug<br>Sandra Kuzmich, Ph.D.<br>Angus Chen, Ph.D.<br>Bryan J. Braunel<br>Elizabeth Weiskopf<br>Rami Bardenstein<br>Richard F. Kurz<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151<br>ehaug@flhlaw.com<br>skuzmich@flhlaw.com<br>achen@flhlaw.com<br>bbraunel@flhlaw.com<br>eweiskopf@flhlaw.com<br>rbardenstein@flhlaw.com<br>rkurz@flhlaw.com<br>*Attorneys for Plaintiffs* |
| Dominick T. Gattuso<br>Proctor Heyman LLP<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>dgattuso@proctorheyman.com<br>*Attorneys for Defendants Actavis Elizabeth LLC and Actavis Inc.* | Matthew J. Becker<br>Chad A. Landmon<br>Axinn, Veltrop & Harkrider LLP<br>90 State House Square<br>Hartford, CT 06103<br>mjb@avhlaw.com<br>cal@avhlaw.com<br>*Attorneys for Defendants Actavis Elizabeth LLC and Actavis Inc.* |
| Josephine Liu<br>Axinn, Veltrop & Harkrider LLP<br>114 West 47th Street<br>New York, NY  10036<br>jl@avhlaw.com<br>*Attorneys for Defendants Actavis Elizabeth LLC and Actavis Inc.* | John C. Phillips, Jr.<br>Megan C. Haney<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>JCP@pgslaw.com<br>mch@pgslaw.com<br>*Attorneys for Defendants Anchen Pharmaceuticals, Inc. and Anchen Inc.* |

| | |
|---|---|
| W. Gordon Dobie<br>Lindsay M. Beyer<br>Lynn M. Ulrich<br>Maureen L. Rurka<br>Julia M. Johnson<br>Keith R. Pozulp<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703<br>wdobie@winston.com<br>LBeyer@winston.com<br>lulrich@winston.com<br>mrurka@winston.com<br>jmjohnson@winston.com<br>kpozulp@winston.com<br>*Attorneys for Defendants Anchen*<br>*Pharmaceuticals, Inc. and Anchen Inc.* | Don J. Mizerk<br>Husch Blackwell LLP<br>120 South Riverside Plaza, Suite 2200<br>Chicago, IL  60606<br>Don.Mizerk@huschblackwell.com<br>*Attorneys for Defendants Anchen*<br>*Pharmaceuticals, Inc. and Anchen Inc.* |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL:<br><br>Bruce M. Gagala<br>Peter H. Domer<br>Ashlee B. Szelag<br>LEYDIG, VOIT & MAYER, LTD<br>Two Prudential Plaza<br>Suite 4900<br>Chicago, Illinois 60601-6780<br>Tel:  (312) 616-5600<br><br>Dated:  October 3, 2011<br>1029822 / 35624 | By:  */s/ David E. Moore*<br>       Richard L. Horwitz (#2246)<br>       David E. Moore (#3983)<br>       Hercules Plaza 6th Floor<br>       1313 N. Market Street<br>       Wilmington, DE  19899<br>       Tel:  (302) 984-6000<br>       rhorwitz@potteranderson.com<br>       dmoore@potteranderson.com<br><br>*Attorneys for Defendants Teva*<br>*Pharmaceuticals USA, Inc. and Teva*<br>*Pharmaceutical Industries Ltd.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 3, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 3, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Francis DiGiovanni<br>Jeffrey L. Eichen<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>fdigiovanni@cblh.com<br>jeichen@cblh.com<br>*Attorneys for Plaintiffs* | Edgar H. Haug<br>Sandra Kuzmich, Ph.D.<br>Angus Chen, Ph.D.<br>Bryan J. Braunel<br>Elizabeth Weiskopf<br>Rami Bardenstein<br>Richard F. Kurz<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151<br>ehaug@flhlaw.com<br>skuzmich@flhlaw.com<br>achen@flhlaw.com<br>bbraunel@flhlaw.com<br>eweiskopf@flhlaw.com<br>rbardenstein@flhlaw.com<br>rkurz@flhlaw.com<br>*Attorneys for Plaintiffs* |
| Dominick T. Gattuso<br>Proctor Heyman LLP<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>dgattuso@proctorheyman.com<br>*Attorneys for Defendants Actavis Elizabeth LLC and Actavis Inc.* | Matthew J. Becker<br>Chad A. Landmon<br>Axinn, Veltrop & Harkrider LLP<br>90 State House Square<br>Hartford, CT 06103<br>mjb@avhlaw.com<br>cal@avhlaw.com<br>*Attorneys for Defendants Actavis Elizabeth LLC and Actavis Inc.* |

| | |
|---|---|
| Josephine Liu<br>Axinn, Veltrop & Harkrider LLP<br>114 West 47th Street<br>New York, NY 10036<br>jl@avhlaw.com<br>*Attorneys for Defendants Actavis Elizabeth LLC and Actavis Inc.* | John C. Phillips, Jr.<br>Megan C. Haney<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>JCP@pgslaw.com<br>mch@pgslaw.com<br>*Attorneys for Defendants Anchen Pharmaceuticals, Inc. and Anchen Inc.* |
| W. Gordon Dobie<br>Lindsay M. Beyer<br>Lynn M. Ulrich<br>Maureen L. Rurka<br>Julia M. Johnson<br>Keith R. Pozulp<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703<br>wdobie@winston.com<br>LBeyer@winston.com<br>lulrich@winston.com<br>mrurka@winston.com<br>jmjohnson@winston.com<br>kpozulp@winston.com<br>*Attorneys for Defendants Anchen Pharmaceuticals, Inc. and Anchen Inc.* | Don J. Mizerk<br>Husch Blackwell LLP<br>120 South Riverside Plaza, Suite 2200<br>Chicago, IL 60606<br>Don.Mizerk@huschblackwell.com<br>*Attorneys for Defendants Anchen Pharmaceuticals, Inc. and Anchen Inc.* |

By:  */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

974482/35624

2