IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIRE LLC, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No.: 10-329-SD |
| | ) | (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 3, 2011 copies of (1) Anchen's Responses & Objections to Plaintiffs' Second Set of Interrogatories to Anchen (No. 5); (2) Anchen's Responses & Objections to Plaintiffs' Fifth Set of Requests for the Production of Documents and Things (94); and (3) Anchen's Responses & Objections to Plaintiffs' Fourth Set of Requests for the Production of Documents and Things (90-93) were served upon the following counsel in the manner indicated:

**VIA HAND DELIVERY**

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
fdigiovanni@cblh.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potterhanderson.com

Dominick T. Gattuso
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
dgattuso@proctorheyman.com

  Courtesy copies of the foregoing were sent on October 3, 2011 to the following in the manner indicated below:

<u>VIA E-MAIL</u>
Edgar H. Haug
Sandra Kuzmich, Ph.D.
Angus Chen, Ph.D.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
haug@flhlaw.com
skuzmich@flhlaw.com
achen@flhlaw.com

Bruce M. Gagala
Peter H. Domer
Ashlee B. Szelag
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
Suite 4900
Chicago, IL 60601-6780
bgagala@leydig.com
pdomer@leydig.com
aszelag@leydig.com

<u>VIA E-MAIL</u>
Matthew J. Becker
Josephine Liu
Chad A. Landman
Thomas G. Rohback
Axinn Veltrop Harkrider LLP
90 State House Square
9th Floor
Hartford, CT 06103
mjb@avhlaw.com
jl@avhlaw.com
cal@avhlaw.com
tgr@avhlaw.com

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr., Esquire (#110)
Megan C. Haney, Esquire (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendants Anchen, Inc. and Anchen Pharmaceuticals, Inc.*

DATE: October 3, 2011