IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE LLC,<br>SUPERNUS PHARMACEUTICALS,<br>INC., AMY F.T. ARNSTEN, PH.D.,<br>PASKO RAKIC, M.D., AND<br>ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC AND<br>ACTAVIS INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Consol. C.A. No. 1:10-cv-00329-GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Actavis Elizabeth LLC's and Actavis, Inc.'s Responses to Plaintiffs' Fourth Set of Requests for the Production of Documents and Things (Nos. 90-93) and Actavis Elizabeth LLC's and Actavis, Inc.'s Responses to Plaintiffs' Second Set of Interrogatories (No. 5) were served via electronic mail upon Counsel on October 3, 2011:

Francis DiGiovanni
Email: fdigiovanni@cblh.com
Jeffrey L. Eichen
Email: jeichen@cblh.com
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19809
(302) 658-9141

OF COUNSEL:

Sandra Kuzmich, Ph.D.
Email: skuzmich@flhlaw.com
Edgar H. Haug
Email: ehaug@flhlaw.com
Angus D. Chen, Ph.D.
Email: achen@flhlaw.com
Ali Berkin, Ph.D.
E-mail: aberkin@flhlaw.com
Richard Kurz
E-mail: rkurz@flhlaw.com
Frommer Lawrence & Haug LLP
745 Fifth Avenue

New York, NY 10151
(212) 588-0800

Bryan J. Braunel
E-mail: bbraunel@flhlaw.com
Rami Bardenstein
E-mail: rbardenstein@flhlaw.com
Frommer Lawrence & Haug LLP
1667 K Street, NW
Washington, DC 20006
(202) 292-1530

Attorneys for Shire LLC, Supernus Pharmaceuticals Inc., Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D. and Robert D. Hunt, M.D.

Richard L. Horwitz
E-mail: rhorwitz@potteranderson.com
David Ellis Moore
E-mail: dmoore@potteranderson.com
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000

OF COUNSEL:

Ashlee B. Szelag
E-mail: aszelag@leydig.com
Bruce M. Gagala
E-mail: bgagala@leydig.com
Peter H. Domer
E-mail: pdomer@leydig.com
Leydig, Voit & Mayer
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 646-5600

Attorneys for Teva Pharmaceuticals USA Inc.

John C. Phillips, Jr.
E-mail: jcp@pgslaw.com
Megan C. Haney
E-mail: mch@pgslaw.com
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

OF COUNSEL:

W. Gordon Dobie
E-mail: wdobie@winston.com
Lynn Ulrich
E-mail: lulrich@winston.com
Julia Mano Johnson
E-mail: jmano@winston.com
Keith Pozulp

        E-mail: kpozulp@winston.com
Lindsay Beyer
E-mail: lbeyer@winston.com
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Attorneys for Anchen Pharmaceuticals Inc. and Anchen Inc.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorney for Actavis Elizabeth LLC and Actavis, Inc.

OF COUNSEL:

AXINN, VELTROP & HARKRIDER LLP
Matthew J. Becker
E-mail: mjb@avhlaw.com
Chad A. Landmon
E-mail: cal@avhlaw.com
Tara R. Rahemba
E-mail: trr@avhlaw.com
90 State House Square, 9th Floor
Hartford, CT 06103-3704
(860) 275-8100

AXINN, VELTROP & HARKRIDER LLP
Josephine Liu
E-mail: JL@avhlaw.com
114 West 47th Street
New York, NY 10036
(212) 728-2200

Dated: October 4, 2011

3